**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

**CIVIL ACTION NO. 4:08CV-2-JHM**

**VELICIA M. CARTER, Personal Representative**           **PLAINTIFF**
**of the Estate of Nealy F. Glaze, Deceased**

**vs.**

**DAVIESS COUNTY DETENTION CENTER;**           **DEFENDANTS**
**JAILER DAVID OSBORNE, individually and in**
**his capacity as the Jailer of the Daviess County**
**Detention Center; DAVIESS COUNTY FISCAL**
**COURT; UNKNOWN STAFF MEMBERS OF THE**
**DAVIESS COUNTY DETENTION CENTER, individually**
**and in their capacities as staff members of the Daviess**
**County Detention Center; and ROBERT D. BYRD, M.D.**

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on a motion by Defendant, Daviess County Detention Center, to dismiss it as a defendant pursuant to Fed. R. Civ. P. 12(b)(6) [DN 8]. Fully briefed, this matter is ripe for decision.

Defendant, Daviess County Detention Center, requests the Court to enter an order dismissing it as a defendant in this action. Defendant argues that the Daviess County Detention Center is simply a building or housing facility for inmates and is not an entity that can sue or be subject to suit. Plaintiff does not oppose the motion to dismiss the Detention Center as a party, but requests that all claims made against the Detention Center be construed as claims made against Daviess County.

After a review of the case law, the Court will dismiss the claims against the Daviess

County Detention Center because the detention center is not an entity subject to suit. Matthews v. Jones, 35 F.3d 1046, 1049 (6th Cir. 1994). The claims against the detention center are against Daviess County as the real party in interest. Id. ("Since the Police Department is not an entity which may be sued, Jefferson County is the proper party to address the allegations of Matthews's complaint."). See also Blay v. Daviess County Detention Center, 2007 WL 2809765, *1 (W.D. Ky. September 25, 2007); Fambrough v. Vaught, 2007 WL 891866, *1 (W.D. Ky. March 21, 2007)("the claims against the detention center are also against [the County] as the real party in interest"); Smallwood v. Jefferson County Government, 743 F. Supp. 502, 503 (W.D. Ky. 1990)(suit against fiscal court is actually suit against county itself).

For the reasons set forth above, **IT IS HEREBY ORDERED** that the motion by Defendant, Daviess County Detention Center, to dismiss [DN 8] is **GRANTED**. Daviess County Detention Center is dismissed as a party in this action. All claims asserted against the Daviess County Detention Center shall be construed as claims against Daviess County, Kentucky.

cc: counsel of record